# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00389-CV

**William P. Hicks, Individually, and as Representative of H.W. Lochner, Inc., Appellant**

**v.**

**James L. Booker, Individually, and as Heir and Representative of the Estate of Marjorie Booker; Alisa Barth, Individually and as Heir and Representative of The Estate of Marjorie Booker; Catherine Simonsen, Individually, and as Heir and Representative of The Estate of Marjorie Booker; James E. Booker, Individually, and as Heir and Representative of The Estate of Marjorie Booker, Deceased, Appellees**

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 297,120-C, THE HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant William P. Hicks, Individually, and as Representative of H.W. Lochner, Inc., has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed:   September 20, 2019